# Court of Appeals
# of the State of Georgia

ATLANTA,  March 17, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0312.  MELVIN C. JONES v. DEPARTMENT OF CORRECTIONS et al.**

On January 21, 2020, the trial court denied prison inmate Melvin Jones's request to proceed in forma pauperis in a civil action against prison officials.  On February 21, 2020, Jones filed an application for discretionary review, seeking to appeal the January 21 order.  We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the judgment or trial court order sought to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Jones's application was untimely filed 31 days after entry of the order he seeks to appeal.  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/17/2020*
  *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*



 , *Clerk.*